## FIRST DEPARTMENT, JUNE, 1923.

EVA ELENKRIEG, Respondent, v. HENRY A. SIEBRECHT, Appellant, Impleaded with SIEBRECHT REALTY CORPORATION, Defendant.

Appeal from a judgment of the Supreme Court in favor of the plaintiff, entered in the New York county clerk's office on March 1, 1922, upon the verdict of a jury for $6,000, and also from an order entered on March 6, 1922, denying a motion for a new trial made upon the minutes.

PER CURIAM: The judgment and order should be affirmed, with costs, upon the ground that the court was allowed to submit to the jury, without any objection or exception, the issue as to the liability of the defendant Henry A. Siebrecht personally for the control of the building in question and the halls and the stairways therein. Present — Clarke, P. J., Dowling, Smith, Merrell and Finch, JJ.; Clarke, P. J., and Smith, J., dissent in memorandum.

CLARKE, P. J. (dissenting): The counsel for the defendant Siebrecht having moved to dismiss as against said defendant at the close of plaintiff's case, and renewed that motion at the end of the case, and having excepted to the denial of his motions, the question was squarely raised as to the responsibility of Siebrecht.

And it having been conclusively shown that the defendant corporation was the owner of the premises in question, I think that the judgment based upon the personal responsibility of Siebrecht cannot be sustained. I, therefore, dissent. Smith, J., concurs. Judgment and order affirmed, with costs.